IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DEMETRIUS S. RANKIN                                                      PLAINTIFF

VERSUS                          CIVIL ACTION NO. 5:09cv189-DCB-MTP

UNITED STATES OF AMERICA, et al.                        RESPONDENT

## ORDER

This cause comes before this Court on Plaintiff's Motion to Remove the Stay [9]. The Plaintiff states that he is no longer in transit and has been returned to the FCC Satellite Camp, Yazoo City, Mississippi. Having reviewed the complaint [1] and the motion [9], it is, hereby,

ORDERED that this civil action is no longer stayed.

This the   23rd   day of April, 2010.

                                             s/ David Bramlette
                                     UNITED STATES DISTRICT JUDGE