IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DEMETRIUS S. RANKIN, #03266-043　　　　　　　　　　　　　　　　　　　PLAINTIFF

VERSUS　　　　　　　　　　　　　CIVIL ACTION NO.　5:09cv189-DCB-MTP

UNITED STATES OF AMERICA,
ERIC HOLDER, JR.,
UNITED STATES DEPARTMENT OF JUSTICE,
JOHN ARTHUR MEYNARDIE,
JASON SCOTT GILBERT, JOHN GAFFNEY,
JAMES D. MASSEY, JOSEPH W. NICHOLSON,
TOWANNA R. JOHNSON and JOHN DOE 1-10　　　　　　　　　　　DEFENDANTS

ORDER

Upon consideration of the complaint filed by the plaintiff in the above entitled action, concerning the forfeiture of certain property, it is hereby,

ORDERED:

1. That **on or before May 28, 2010**, plaintiff shall file a written response to:

(a) specifically state the address where the plaintiff resided prior to being incarcerated;

(b) specifically state the "personal property" which is the subject of the instant complaint;

(c) specifically state the county where the alleged forfeiture occurred;

(d) specifically state if the plaintiff has received additional information, correspondence or responses concerning the exhaustion of this administrative remedies; and

(e) if the answer to "(d)" is "yes," provide a copy of the additional information, correspondence or responses received concerning the exhaustion of the plaintiff's administrative remedies.

2. **That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by**

**the plaintiff and will result in this cause being dismissed without prejudice and without further notice to the plaintiff.**

    3. That the Clerk of Court is directed to mail a copy of this order to the plaintiff at his last known address.

    THIS, the 6th day of May, 2010.

                                   *s/ Michael T. Parker*
                                   UNITED STATES MAGISTRATE JUDGE